IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN O'CONNOR,<br><br>Defendant. | 9:23-po-5040-KLD<br>9:23-po-5044-KLD<br>9:23-po-5045-KLD<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that Donna Eno may appear by video to provide testimony on January 17, 2024, at 1:30 p.m.

Dated this 16th day of January, 2024.

KATHLEEN L. DESOTO
United States Magistrate Judge

1