IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SEAN O'CONNOR,**<br><br>Defendant. | 23-po-5040<br>23-po-5044<br>23-po-5045<br><br>**VIOLATIONS: F06I000Q, F06I0010, FAIB0000**<br>Location Code: M2, M10<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total amount of $40.00 for the mandatory processing fee and special assessment for violation number F06I000Q.

The $40.00 will be paid in full on or before June 5, 2024. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant is sentenced to three days jail with credit for the three days he has already served (no additional jail time required).

IT IS FURTHER ORDERED that violations F06I0010 and FAIB0000 are DISMISSED.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for March 7, 2024, is VACATED.

DATED this 5th day of March, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge